# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-179 |
| | ) | |
| TOM HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court directed the parties to submit, following their Rule 26(f) Conference, a report "conform[ing] to the language and format of the Form Rule 26(f) Report for use in Judge Baker's cases." Doc. 2 at 2. The Rule 26(f) Report filed by the parties does not meet this requirement. Doc. 8. The parties are **DIRECTED** to resubmit their Report using the proper form and providing all requested information within seven days of this Order. A copy of Judge Baker's mandated form can be located on the Court's website www.gasd.uscourts.gov under "Forms."

**SO ORDERED**, this 13th day of September, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA